UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

GREGORY LEDESMA
a/k/a Greg Bro

CASE NO. 8:24cr253SDM-TGW
18 U.S.C. § 554
(Smuggling goods from the United States)

## INFORMATION

The United States Attorney charges:

JUN 10 2024 PM3:10
FILED - USDC - FLMD - TPA

### COUNT ONE
(Smuggling Goods from the United States)

On or about November 1, 2019, in the Middle District of Florida, the defendant,

GREGORY LEDESMA,
a/k/a "Greg Bro,"

did fraudulently and knowingly attempt to export and send any merchandise, article, and object contrary to any law or regulation of the United States, specifically, by attempting to send a defense article regulated by the Arms Export Control Act, that is, a Jimenez Arms firearm bearing serial number 325169, from the United States to Sweden, without first having obtained a license to do so from the United States Department of State, contrary to 22 U.S.C. § 2778(b)(2).

In violation of 18 U.S.C. § 554.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 554, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

[THIS SPACE INTENTIONALLY LEFT BLANK]

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, National Security Section