| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>113A 8:24CR00253 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Gregory Ledesma | DISTRICT<br>Middle District of Florida | DIVISION<br>Tampa |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Steven D. Merryday | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>04/15/2025 | TO<br>04/14/2028 |

**OFFENSE**

SMUGGLING GOODS FROM THE UNITED STATES, 18 U.S.C. 554, Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Non-compliance and does not plan to return to Florida.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Florida_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Central District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____June 23RD, 2026_____
*Date*

_____StvDMerryday_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____July 2, 2026_____
*Effective Date*

_____Dolly M. Gee_____
*United States District Judge*